UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00250-APG-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Sub'n of Counsel – Dkt. #24) |
| VANESSA SICILIANO, et al., | |
| Defendants. | |

This matter is before the court on the Substitution of Attorney (Dkt. #24) filed September 10, 2014. Todd M. Leventhal seeks leave to be substituted in the place of Patricia Palm as counsel for Defendant Vanessa Siciliano. LR IA 10-6 provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." In addition, any stipulation to substitute shall only be by leave of court. LR IA 10-6(c). On July 29, 2014, a grand jury returned an Indictment (Dkt. #1) against Siciliano and her co-Defendant Hamilton Hee. Siciliano made an initial appearance, entered a not guilty plea, and Patricia Palm was appointed as counsel. *See* Order Appointing Counsel (Dkt. #12); Minutes of Proceedings (Dkt. #14). On September 8, 2014, Mr. Leventhal filed a Designation of Retained Counsel and Appearance Praecipe (Dkt. #21). Trial is set for September 29, 2014.

/ / /

/ / /

/ / /

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED**:

1. The Substitution of Counsel (Dkt. #24) is APPROVED.

2. Todd M. Leventhal is substituted in the place of Patricia Palm as counsel for Defendant Vanessa Siciliano, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 17th day of September, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE